ROCK HILL BUGGY Co. *v.* WASHINGTON EXCHANGE BANK.

LUMPKIN, P. J.   There was no error in any of the rulings complained of, and
the judgment excepted to was manifestly right.

*Judgment affirmed.   All the Justices concurring.*

Argued July 21,— Decided August 8, 1900.

Equitable petition.   Before Judge Reese.   Wilkes superior court.   November term, 1899.

*William Wynne* and *S. H. Hardeman*, for plaintiffs in error.
*Colley & Sims* and *Hamilton McWhorter*, contra.